THOMAS v. WOODS et al. (Circuit Court of Appeals, Eighth Circuit. February 14, 1910.) No. 2,914. Appeal from the District Court of the United States for the District of Kansas. John H. Atwood, William W. Hooper, and Inghram D. Hook, for appellant. John S. Dean, Charles Blood Smith, Frank Hagerman, Harkless & Histed, Charles A. Loomis, Ashley, Gilbert & Dunn, Hugh C. Ward, Glen Sherman, and J. W. Gleed, for appellees.

PER CURIAM. Decree of reversal of September 11, 1909 (173 Fed. 585, 97 C. C. A. 535), vacated and set aside, and appeal dismissed, Frank A. Lewis, trustee, etc., to pay all unpaid costs of appeal, etc., per stipulation.

---

TOXAWAY HOTEL CO. v. J. L. SMATHERS & CO. et al. (Circuit Court of Appeals, Fourth Circuit. May 24, 1910.) No. 765. Appeal from the District Court of the United States for the Western District of North Carolina, at Asheville.

GOFF, Circuit Judge. When this cause came on to be heard on the transcript of the record, and was argued by counsel, this court, desiring the instruction of the Supreme Court of the United States on a certain question or proposition of law arising therein, certified the same to the said Supreme Court, as follows: "Whether or not the appellant, Toxaway Hotel Company, a corporation, under the facts hereinafter stated and doing the business hereinafter set·forth, is subject to the provisions of section 4, subsec. 'b,' of the United States national bankruptcy act of 1898, and the amendments thereto, and liable to be adjudicated an involuntary bankrupt?" And the mandate of the Supreme Court on the disposition of said certificate having been sent down and filed in this court on April 25, 1910, wherefrom it appears that the Supreme Court answered the question certified in the negative (216 U. S. 439, 30 Sup. Ct. 263. 54 L. Ed. ——), it is thereupon now ordered, adjudged, and decreed by this court that the decree of the District Court of the United States for the Western District of North Carolina, at Asheville, be, and the same is hereby, reversed, with costs, and the cause is remanded to the District Court of the United States for the Western District of North Carolina, at Asheville, with directions to set aside the order of adjudication and dismiss the petition filed therein, at the costs of the petitioners.

---

TRUMBULL ELECTRIC MFG. CO. v. CONNECTICUT ELECTRIC MFG. CO. (Circuit Court of Appeals, Second Circuit. May 2, 1910.) No. 242. Appeal from the Circuit Court of the United States for the District of Connecticut. Appeal from a decree dismissing a bill of complaint charging infringement of letters patent No. 820,076, granted May 8, 1906, to the complainant, as assignee of John H. Trumbull, for an improvement in panel switches and cut-outs. Ward & Joy (George B. Ward, of counsel), for appellant. Thomas F. Ryan and Hubert Howson, for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We have carefully considered the record and briefs in this case, and are of the opinion that the decree should be affirmed upon the opinion of Judge Platt. 168 Fed. 709. The decree of the Circuit Court is affirmed, with costs.

---

UNITED BREWERIES CO. v. COLBY et al. (Circuit Court of Appeals, Eighth Circuit. March 10, 1910.) No. 3,339. In Error to the Circuit Court of the United States for the Northern District of Iowa. For opinion below, see 170 Fed. 1008. George F. Henry, for plaintiff in error.

PER CURIAM. Dismissed without prejudice, and without costs to either party in this court, on motion of plaintiff in error.